**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CROWDSTRIKE HOLDINGS, INC., GEORGE KURTZ, and BURT W. PODBERE,<br><br>        Defendants. | Case No.: 1:24-cv-00857-RP |

**DECLARATION OF STUART L. COCHRAN IN SUPPORT OF DANA F. MASON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Stuart L. Cochran, hereby declare as follows:

1.      I am a member at Condon Tobin Sladek Thornton Nerenberg PLLC ("CTSTN"), liaison counsel for lead plaintiff movant and Dana F. Mason ("Movant"), and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint him to serve as Lead Plaintiff in the above-captioned action (the "Action") and to approve his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and CTSTN as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:    Certification of Movant attaching his transactions made in CrowdStrike Holdings, Inc. ("CrowdStrike" or the "Company") Class A common stock during the Class Period.

2

**Exhibit B**:    Table of the calculated losses incurred by Movant as a result of his transactions in CrowdStrike Class A common stock.

**Exhibit C**:    Press release published July 30, 2024, on *Business Wire*, announcing the pendency of the Action.

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion.

**Exhibit E**:    Firm résumés of Levi & Korsinsky and CTSTN.

Dated: September 30, 2024                                    By: */s/ Stuart L. Cochran*
                                                                                    Stuart L. Cochran

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, September 30, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran
