# EXHIBIT B

| Client Name | Dana F. Mason |
|---|---|
| Company Name | CrowdStrike Holdings, Inc. |
| Ticker Symbol | CRWD |
| Security Type | |
| Class Period Start | 11-29-2023 |
| Class Period End | 07-29-2024 |
| 90-DAY Lookback Period Start | 07-30-2024 |
| 90-DAY Lookback Period End | 09-29-2024 |
| 90-DAY Lookback Average | $ 259.16 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $15,052.38 |
| DURA LIFO* Total | $15,052.38 |
| Gross Shares Purchased | 186 |
| Net Shares Retained | 186 |
| Net Funds Expended | $57,079.08 |

**Dana F. Mason - Account 1**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-19-2024 | 150 | 313.83 | $ 47,074.50 | 08-05-2024 | | 150 | $ 225.95 | | $ 33,892.50 | 150 | - | $ 259.16 | | $ 13,182.00 | $ 13,182.00 |
| 07-22-2024 | 30 | 279.98 | $ 8,399.40 | 08-05-2024 | | 30 | $ 225.95 | | $ 6,778.50 | 30 | - | $ 259.16 | | $ 1,620.90 | $ 1,620.90 |
| 07-23-2024 | 6 | 267.53 | $ 1,605.18 | 08-05-2024 | | 6 | $ 225.95 | | $ 1,355.70 | 6 | - | $ 259.16 | | $ 249.48 | $ 249.48 |
| Total: | 186 | | $57,079.08 | | | 186 | | | $42,026.70 | 186 | | | | $15,052.38 | $15,052.38 |

| Client Name | Dana F. Mason |
|---|---|
| Company Name | CrowdStrike Holdings, Inc. |
| Ticker Symbol | CRWD |
| Security Type | |
| Class Period Start | 11-29-2023 |
| Class Period End | 07-29-2024 |
| 90-DAY Lookback Period Start | 07-30-2024 |
| 90-DAY Lookback Period End | 09-29-2024 |
| 90-DAY Lookback Average | $ 259.16 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $1,879.85 |
| DURA LIFO* Total | $1,879.85 |
| Gross Shares Purchased | 35 |
| Net Shares Retained | 35 |
| Net Funds Expended | $9,788.10 |

**Dana F. Mason - Account 2**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-22-2024 | 35 | 279.66 | $ 9,788.10 | 08-05-2024 | | 35 | $ 225.95 | | $ 7,908.25 | 35 | - | $ 259.16 | | $ 1,879.85 | $ 1,879.85 |
| Total: | 35 | | $9,788.10 | | | 35 | | | $7,908.25 | 35 | | | | $1,879.85 | $1,879.85 |

| Client Name | Dana F. Mason |
|---|---|
| Company Name | CrowdStrike Holdings, Inc. |
| Ticker Symbol | CRWD |
| Security Type | |
| Class Period Start | 11-29-2023 |
| Class Period End | 07-29-2024 |
| 90-DAY Lookback Period Start | 07-30-2024 |
| 90-DAY Lookback Period End | 09-29-2024 |
| 90-DAY Lookback Average | $ 259.16 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $537.29 |
| DURA LIFO* Total | $537.29 |
| Gross Shares Purchased | 13 |
| Net Shares Retained | 13 |
| Net Funds Expended | $3,474.64 |

**Dana F. Mason - Account 3**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-23-2024 | 13 | 267.28 | $ 3,474.64 | 08-05-2024 | | 13 | $ 225.95 | | $ 2,937.35 | 13 | - | $ 259.16 | | $ 537.29 | $ 537.29 |
| Total: | 13 | | $3,474.64 | | | 13 | | | $2,937.35 | 13 | | | | $537.29 | $537.29 |

| Client Name | Dana F. Mason |
|---|---|
| Company Name | CrowdStrike Holdings, Inc. |
| Ticker Symbol | CRWD |
| Security Type | |
| Class Period Start | 11-29-2023 |
| Class Period End | 07-29-2024 |
| 90-DAY Lookback Period Start | 07-30-2024 |
| 90-DAY Lookback Period End | 09-29-2024 |
| 90-DAY Lookback Average | $ 259.16 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $15,810.60 |
| DURA LIFO* Total | $15,810.60 |
| Gross Shares Purchased | 195 |
| Net Shares Retained | 195 |
| Net Funds Expended | $59,870.85 |

| Dana F. Mason - Account 4 | | | | | | | | | | | | | | |
| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-19-2024 | 195 | 307.03 | $ 59,870.85 | 08-05-2024 | | 195 | $ 225.95 | | $ 44,060.25 | 195 | - | $ 259.16 | | $ 15,810.60 | $ 15,810.60 |
| Total: | 195 | | $59,870.85 | | | 195 | | | $44,060.25 | 195 | | | | $15,810.60 | $15,810.60 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
| --- | --- |
| LIFO Loss Total | $33,280.12 |
| DURALIFO* Total | $33,280.12 |
| Gross Shares Purchased | 429 |
| Net Shares Retained | 429 |
| Net Funds Expended | $130,212.67 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.