# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CROWDSTRIKE HOLDINGS, INC., GEORGE KURTZ, and BURT W. PODBERE,<br><br>Defendants. | Case No. 1:24-cv-00857-RP<br><br><u>CLASS ACTION</u><br><br>**AFFIDAVIT OF JOE KENDALL IN SUPPORT OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |

I, Joe Kendall, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Texas;

2. I submit this Affidavit, together with the attached exhibits, in support of the Public Employees' Retirement System of Mississippi's ("MPERS") Motion for Appointment as sole Lead Plaintiff and Approval of its Selection of sole Lead Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of MPERS's sworn certification reflecting all its transactions in CrowdStrike Holdings, Inc. ("CrowdStrike") securities during the Class Period.

4. Attached hereto as **Exhibit B** is a table reflecting the calculated losses incurred by MPERS from its purchases of CrowdStrike securities during the Class Period.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release published on July 31, 2024, in *Business Wire*, a well-known national business-oriented publication, announcing the pendency of this lawsuit against Defendants.

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 30, 2024, in Dallas, Texas.

                                                */s/ Joe Kendall*
                                                JOE KENDALL