# EXHIBIT A

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Laken H. Ryals, Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi, on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi PERS"), with authority to bind Mississippi PERS and enter into litigation on its behalf, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint on behalf of investors in the securities of CrowdStrike Holdings, Inc. ("CrowdStrike") and authorize the filing of a motion on behalf of Mississippi PERS for appointment as lead plaintiff.

3. Mississippi PERS did not purchase or acquire CrowdStrike securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Exchange Act.

4. Mississippi PERS is willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired CrowdStrike securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of Mississippi PERS's transactions in the CrowdStrike securities that are the subject of this litigation during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Mississippi PERS has sought to serve as a representative party on behalf of a class under the federal securities laws, and was appointed, in the following actions:

- *City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.*, 22-cv-10321 (D. Mass.);
- *Sun v. TAL Education Group*, 22-cv-1015 (S.D.N.Y.);
- *Habelt v. iRhythm Technologies, Inc.*, 21-cv-0776 (N.D. Cal.);
- *City Of Warwick Retirement System v. Catalent, Inc. et al*, 3:23-cv-01108 (D.N.J.);
- *UA Local 38 Defined Contribution Pension Plan v. Seagate Technology Holdings Plc*, 23-cv-03431-VC (N.D. Cal.)

7. During the three-year period preceding the date on which this Certification is signed, Mississippi PERS has sought to serve as a representative party on behalf of a class under the federal securities laws and was not appointed, or its motion remains pending, in the following actions:

- *Collinsville Police Pension Board on Behalf of the Collinsville Police Pension Fund v. Discovery, Inc.*, No. 22-cv-8171 (S.D.N.Y.);
- *Cupat v. Palantir Technologies Inc.*, 22-cv-2384 (D. Colo.);

- *In re New Oriental Education & Technology Group Inc. Securities Litigation*, 22-cv-1014 (S.D.N.Y.); and
- *Schaeffer v. Signature Bank et al.*, No. 23-CV-1921-FB-JRC (E.D.N.Y)

8. Mississippi PERS agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September 2024

*/s/ Laken Ryals*

Laken H. Ryals, Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi, on behalf of the Public Employees' Retirement System of Mississippi

| SCHEDULE A: ACCOUNT/FUND No. 1 |||  |
|---|---|---|---|
| DATE | TRANSACTION | QUANTITY | PRICE |
| 2024-01-04 | Purchased | 2,964 | $ 246.13 |
| 2024-01-22 | Purchased | 16,475 | $ 298.74 |
| 2024-02-05 | Purchased | 23,439 | $ 300.88 |
| 2024-02-21 | Purchased | 5,534 | $ 291.27 |
| 2024-06-28 | Sold | (4,598) | $ 384.84 |

| SCHEDULE A: ACCOUNT/FUND No. 2 |||  |
|---|---|---|---|
| DATE | TRANSACTION | QUANTITY | PRICE |
| 2024-06-21 | Purchased | 28,643 | $ 380.61 |