# EXHIBIT B

**CROWDSTRIKE SECURITIES LITIGATION**
**LOSS CHART**
**CLASS PERIOD BEGINS:** 11/29/2023
**CLASS PERIOD ENDS:** 7/29/2024
**90-DAY PERIOD ENDS:** 10/27/2024 **Not Expired**
**90-DAY MEAN TRADING PRICE:** $ 259.16

**ACCOUNT/FUND NO. 1**

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL COST | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024-01-04 | Purchased | 2,964 | $ 246.13 | $ (729,537.32) | | | | | | |
| 2024-01-22 | Purchased | 16,475 | $ 298.74 | $ (4,921,710.20) | | | | | | |
| 2024-02-05 | Purchased | 14,425 | $ 300.88 | $ (4,340,230.06) | 2024-08-29 | Post CP Sale | (33,864) | $ 276.61 | $ 9,366,992.36 | $ (624,485.22) |
| 2024-02-05 | Purchased | 9,014 | $ 300.88 | $ (2,712,154.86) | | | | | | |
| 2024-02-21 | Purchased | 936 | $ 291.27 | $ (272,624.69) | 2024-08-15 | Post CP Sale | (9,950) | $ 260.42 | $ 2,591,179.00 | $ (393,600.55) |
| 2024-02-21 | Purchased | 4,598 | $ 291.27 | $ (1,339,239.68) | 2024-06-28 | Sold | (4,598) | $ 384.84 | $ 1,769,511.79 | $ 430,272.10 |
| | | | | $ (14,315,496.81) | | | | | **Total Losses (No. 1)** | **$ (587,813.67)** |

**ACCOUNT/FUND NO. 2**

| DATE | TRANSACTION | QUANTITY | PRICE | TOTAL COST | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | TOTAL GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024-06-21 | Purchased | 28,580 | $ 380.61 | $ (10,877,928.09) | | HELD | (28,580) | $ 259.16 | $ 7,406,865.91 | $ (3,471,062.17) |
| 2024-06-21 | Purchased | 63 | $ 380.61 | $ (23,978.64) | 9/20/2024 | Post CP Sale | (63) | $ 299.86 | $ 18,891.40 | $ (5,087.24) |
| | | | | | | | | | **Total Losses (No. 2)** | **$ (3,476,149.41)** |
| | | | | | | | | | **Total Losses (All)** | **$ (4,063,963.08)** |

**HELD** = For shares acquired during the Class Period, but held throughout the 90-day period immediately thereafter, losses have been determined using "the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." 15 U.S.C. § 78u-4(e)(1).

**Post-CP Sale** = For shares acquired during the Class Period, but sold during the 90-day period immediately thereafter, losses have been limited by using the greater of the actual sales price or the "mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells […] the security." 15 U.S.C. § 78u-4(e)(2). Here, the actual sales prices were higher than the mean trading price for each of the post-Class Period sales.