**FILED**

October 01, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
                                    DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- v. -<br><br>CROWDSTRIKE HOLDINGS, INC., GEORGE KURTZ, and BURT W. PODBERE,<br><br>Defendants. | Civil Action No. 1:24-cv-00857-RP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND TO THE
<u>CLASS ACTION COMPLAINT AND FOR BRIEFING SCHEDULE</u>**

Before the Court is the unopposed motion of Defendants CrowdStrike Holdings, Inc., George Kurtz, and Burt W. Podbere (collectively, "Defendants") to extend the deadline to answer or otherwise respond to Plaintiff's class action complaint (the "Motion"). Upon consideration, and for good cause, the Motion is GRANTED.

IT IS ORDERED that the deadline to answer or otherwise respond to Plaintiff's class action complaint, and any briefing on a motion to dismiss, shall proceed in accordance with the following schedule:

1.     Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaints filed in the Action subject to the provisions of paragraphs 2 and 3 below.

2.     Within 60 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the Action (or a consolidated action encompassing the Action), lead

1

plaintiff(s) shall either (1) serve and file a consolidated class action complaint, which shall serve as the operative complaint in the Action and shall supersede all other complaints filed in and/or transferred to this Court related to the Action or (2) provide written notice to counsel for Defendants that the complaint previously filed will remain the operative complaint in the Action.

3.      Defendants shall have 60 days from the date on which lead plaintiff(s) complies with paragraph 3 to move or plead in response to the operative complaint.

4.      If Defendants file a motion to dismiss the operative complaint, lead plaintiff(s) shall have 60 days from the date that Defendants file such a motion to file an opposition brief. Defendants shall have 45 days from the date that lead plaintiff(s) files the opposition brief to file a reply brief.

SIGNED this the 1st day of _____October_____, 2024.

_____
United States District Judge