# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 24-cv-857 |
|  | CLASS ACTION |
| Plaintiff, |  |
| v. |  |
| CROWDSTRIKE HOLDINGS, INC., GEORGE KURTZ, and BURT W. PODBERE, |  |
| Defendants. | Judge: Hon. Robert L. Pitman |

## LS VALUE'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

On September 30, 2024, LS Value (LS Value Equity DBI and LS Value Equity Global) ("LS Value" or "Plaintiff") filed a motion, pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), of an order: (1) appointing LS Value as Lead Plaintiff; and (2) approving LS Value's selection of Counsel. Dkt. No. 13. In addition to LS Value's motion, several other motions for appointment as lead plaintiff are currently pending before the Court.

Pursuant to the PSLRA, courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii). While LS Value suffered significant losses on its Class Period purchases of CrowdStrike securities and otherwise satisfies Rule 23's adequacy and typicality requirements, at this stage Movant recognizes that other movants claim to have suffered larger losses. If, however, the Court determines that the competing movants do not satisfy the PSLRA's requirements for appointment as lead plaintiff for any reason, LS Value is willing and able to fulfill that role on behalf of the class.

DATED:  October 14, 2024

*s/* Jeffrey J. Angelovich

JEFFREY J. ANGELOVICH

Bradley Beckworth (Bar No. 24001710)
Jeffrey J. Angelovich (Bar No. 00786988)
Susan Whatley (Bar No. 24047420)
Jessica Underwood (Bar No. 24093291)
Cody Hill (Bar No. 24095836)

**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel.: (512) 328-5333
bbeckworth@nixlaw.com
jangelovich@nixlaw.com
swhatley@nixlaw.com
junderwood@nixlaw.com
codyhill@nixlaw.com

*Local Counsel for Proposed Lead Plaintiff*

Brian O. O'Mara (*pro hac vice* forthcoming)
James D. Baskin (Bar No. 01872050)
Hani Y. Farah (*pro hac vice* forthcoming)
Ruben Peña (*pro hac vice* forthcoming)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: 619-923-3939
briano@dicellolevitt.com
jbaskin@dicellolevitt.com
hfarah@dicellolevitt.com
rpena@dicellolevitt.com

*Counsel for Proposed Lead Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on October 14, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____s/ Jeffrey J. Angelovich_____
JEFFREY J. ANGELOVICH

**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel.: (512) 328-5333
jangelovich@nixlaw.com
