UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CROWDSTRIKE HOLDINGS, INC., GEORGE KURTZ, and BURT W. PODBERE,<br><br>Defendants. | Case No. 1:24-cv-00857-RP |

## THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S NOTICE OF NON-OPPOSITION

On September 30, 2024, the Public Employees' Retirement System of Mississippi ("MPERS") filed a motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") to: (i) appoint it as lead plaintiff; and (ii) approve its selection of counsel. Similar motions were filed by other putative class members in the above-captioned action. Having reviewed the other lead plaintiff motions, MPERS does not appear to have the "largest financial interest." MPERS remains willing and able to serve as a representative party in this matter and its notice of non-opposition is submitted without prejudice to MPERS' right to participate in this litigation or share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

1

Dated: October 14, 2024               Respectfully submitted,

**KENDALL LAW GROUP, PLLC**

*/s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: (214) 744-3000
Fax: (214) 744-3015
jkendall@kendalllawgroup.com

*Proposed Liaison Counsel*

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou
(to be admitted *pro hac vice*)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexandra Pratt
(to be admitted *pro hac vice*)
James T. Fetter
(to be admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexandra.pratt@ksfcounsel.com
james.fetter@ksfcounsel.com

*Proposed Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
Joe Kendall
