**FILED**
November 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_Julie Golden\_\_\_\_\_
DEPUTY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

---

*In re CrowdStrike Holdings, Inc. Securities Litigation*

Civil Action No. 1:24-cv-00857-RP

---

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND FOR BRIEFING SCHEDULE**

Before the Court is the unopposed motion of Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund ("Lead Plaintiff" or "NYSCRF") for an extension of time to file a consolidated class action complaint and for the briefing schedule (the "Motion"). Upon consideration, and for good cause, the Motion is GRANTED.

IT IS ORDERED that the Parties shall proceed in accordance with the following schedule:

1. By January 21, 2025, Lead Plaintiff shall serve and file a consolidated class action complaint (the "Complaint"), which shall serve as the operative complaint in the Action and shall supersede all other complaints filed in and/or transferred to this Court related to the Action;

2. By March 21, 2025, Defendants shall file any motions to dismiss the Complaint; and

3. If Defendants file any motions to dismiss the Complaint, Lead Plaintiff shall have

1

2

until May 13, 2025 to file any oppositions to the motions to dismiss. Defendants shall have until June 27, 2025 to file any reply briefs in support of their motions to dismiss.

SIGNED this 14th day of November, 2024.

_____
Hon. Robert Pitman
United States District Judge