# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| *IN RE CROWDSTRIKE HOLDINGS, INC. SECURITIES LITIGATION* | Civil Action No. 1:24-cv-00857-RP<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorneys, Zack C. Ewing, Sandra C. Goldstein, and Kevin M. Neylan, Jr., enter their appearance in the above-referenced proceeding for Defendant Michael Sentonas. Mr. Ewing, Ms. Goldstein, and Mr. Neylan are admitted to practice in this Court and Michael Sentonas respectfully requests that the Court take notice of this Notice of Appearance. Copies of all communications and other documents filed in the above referenced proceedings that are not filed via ECF should be emailed to Mr. Ewing, Ms. Goldstein, and Mr. Neylan at the addresses set forth below.

Respectfully submitted,

DATED: January 27, 2025

**KIRKLAND & ELLIS LLP**

*/s/ Zack C. Ewing*
Zack C. Ewing
State Bar No. 24113650
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9050
Facsimile: (512) 678-9101
zack.ewing@kirkland.com

Sandra C. Goldstein, P.C.
Kevin M. Neylan, Jr
601 Lexington Avenue
New York, NY 10022
Telephone: 212 446 4779
Email: sandra.goldstein@kirkland.com
Email: kevin.neylan@kirkland.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 27, 2025.

/s/ Zack C. Ewing
Zack C. Ewing
