**FILED**

March 12, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| *IN RE CROWDSTRIKE HOLDINGS, INC.* | § | |
| *SECURITIES LITIGATION* | § | CASE NO. 1:24-cv-00857-RP |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Based on the foregoing stipulation of the parties (ECF No. 44), and good cause showing,

IT IS HEREBY ORDERED THAT:

1.      Defendants may file their motion to dismiss the Consolidated Class Action Complaint by April 7, 2025. Lead Plaintiff may file its response to the motion to dismiss by May 30, 2025. Defendants may file their reply by July 3, 2025.

2.      Defendants may file a motion to dismiss of no more than 35 pages, Lead Plaintiff may file a response of no more than 35 pages, and Defendants may file a reply brief of no more than 17 pages.

IT IS SO ORDERED.

Dated:  March _12_ , 2025

_____
Hon. Robert Pitman
United States District Judge

1