**APPENDIX A – DEFENDANTS' CHART OF RJN OR INCORPORATION-BY-REFERENCE EXHIBITS**

| Exhibit | Document Description | Bases for Consideration[1] |
|---|---|---|
| A | CrowdStrike Holdings, Inc., External Technical Root Cause Analysis – Channel File 291 (Aug. 6, 2024) | Incorporated by Reference (Compl. ¶¶92; n.123) |
| B | CrowdStrike Holdings, Inc., Blog: "Preliminary Post Incident Review (PIR): Content Configuration Update Impacting the Falcon Sensor and the Windows Operating System (BSOD)" (July 24, 2024), https://www.crowdstrike.com/en-us/blog/falcon-content-update-preliminary-post-incident-report/ | Incorporated by Reference (Compl. ¶¶69, 91-92, 163; nn.77, 120-122, 207)<br><br>Defendant Company's Website |
| C | CrowdStrike Holdings, Inc., Annual Report (Form 10-K) (Mar. 7, 2024) | Incorporated by Reference (Compl. ¶¶134-135; nn.64, 177)<br><br>SEC Filing |
| D | FedRAMP Website: "FedRAMP Marketplace," https://marketplace.fedramp.gov/products | Government Website |
| E | DoD Cyber Exchange Website: "Current Authorized CSOs, https://public.cyber.mil/dccs/cso/ | Government Website |
| F | CrowdStrike Holdings, Inc., Proxy Statement and Notice of Annual Meeting of Shareholders (Form DEF 14A) (May 5, 2023) | Incorporated by Reference (Compl. ¶¶136-137; n.178)<br><br>SEC Filing |
| G | CrowdStrike Holdings, Inc., Proxy Statement and Notice of Annual Meeting of Shareholders (Form DEF 14A) (May 6, 2024) | Incorporated by Reference (Compl. ¶¶136-137; n.178)<br><br>SEC Filing |

---

[1] These Bases for Consideration are explained in detail in Sections II.A-D of CrowdStrike's accompanying Reply to Lead Plaintiff's Opposition to Defendants' Request for Judicial Notice or Incorporation by Reference.

| Exhibit | Document Description | Bases for Consideration[1] |
|---|---|---|
| H | CrowdStrike Holdings, Inc., Website: "Falcon Forensics Data Sheet," https://www.crowdstrike.com/en-us/resources/data-sheets/falcon-forensics/ | Defendant Company's Website |
| I | CrowdStrike Holdings, Inc., Article: "What is CI/CD?: Pipeline Benefits and Tools" (July 4, 2024), https://www.crowdstrike.com/en-us/cybersecurity-101/cloud-security/continuous-integration-continuous-delivery-ci-cd/ | Incorporated by Reference (Compl. ¶¶23, 35, 104, 145; nn.3, 17-18, 151, 173, 182)<br><br>Defendant Company's Website |
| J | Q2 2024 CrowdStrike Holdings, Inc., Earnings Call, Transcript (Aug. 30, 2023) | Incorporated by Reference (Compl. ¶¶46, 99, 124-125; nn.45, 137, 173)<br><br>Earnings Call Transcript |
| K | CrowdStrike Holdings, Inc., Company Conference Presentation at Goldman Sachs Conference, Transcript (Sept. 5, 2023) | Incorporated by Reference (Compl. ¶¶46, 99, 126-127; nn.46, 136, 174) |
| L | CrowdStrike Holdings, Inc., Article: "Guide to Cloud Security Posture Management (CSPM)" (April 16, 2023), https://www.crowdstrike.com/en-us/cybersecurity-101/cloud-security/cloud-security-posture-management-cspm/ | Defendant Company's Website |
| M | CrowdStrike Holdings, Inc., Article: "Cloud Workload Protection (CWP)" (Jan. 15, 2024), https://www.crowdstrike.com/en-us/cybersecurity-101/cloud-security/cloud-workload-protection/ | Defendant Company's Website |
| N | Q3 2024 CrowdStrike Holdings, Inc., Earnings Call, Transcript (Nov. 28, 2023) | Incorporated by Reference (Compl. ¶¶48, 100, 128-129; nn.49, 139, 175)<br><br>Earnings Call Transcript |
| O | Osmosis Podcast: "Surprise! A Conversation with CrowdStrike CEO George Kurtz" (Dec. 29, 2023), https://osmosis.fm/ep/The-Compound-and-Friends-Surprise-A-conversation-with-CrowdStrike-CEO-George-Kurtz | Incorporated by Reference (Compl. ¶¶48, 130-131; n.50) |

| Exhibit | Document Description | Bases for Consideration[1] |
|---|---|---|
| P | EliteCISOs - CrowdStrike Session: CrowdStrike Powers the SOC of the Future with Next-Gen SIEM, Transcript (Apr. 18, 2024) | Incorporated by Reference (Compl. ¶¶46, 132-133; nn.47, 176) |
| Q | House Homeland Security Subcommittee on Cybersecurity and Infrastructure Protection Holds Hearing on CrowdStrike Outage Impact, "House Homeland Security Cybersecurity and Infrastructure Protection: An Outage Strikes: Assessing the Global Impact of CrowdStrike's Faulty Software Update," Transcript (Sept. 24, 2024) | Incorporated by Reference (Compl. ¶¶66, 68, 94; nn.70, 74, 131) |
| R | CrowdStrike Holdings, Inc., Investor Briefing, Transcript (April 4, 2023) | Incorporated by Reference (Compl. ¶¶48, 76, 100, 122-123, 149; nn.48, 89, 138, 172, 184)<br><br>Earnings Call Transcript |
| S | CrowdStrike Holdings, Inc., Blog: "Unexpected Adventures in JSON Marshaling," https://www.crowdstrike.com/en-us/blog/unexpected-adventures-in-json-marshaling/ | Incorporated by Reference (Compl. ¶¶41, 49, 68, 85, 104, 139-140; nn.38, 51, 73, 107, 153, 180)<br><br>Defendant Company's Website |
| T | CrowdStrike Holdings, Inc., Annual Report (Form 10-K) (Mar. 9, 2023) | Incorporated by Reference (Compl. ¶¶98, 134-135; nn.64, 133, 177)<br><br>SEC Filing |
| U | CrowdStrike Holdings, Inc., Fal.Con 2022 Investor Briefing, Transcript (Sept. 20, 2022) | Incorporated by Reference (Compl. ¶¶3, 28, 46, 99, 120-121; nn.9, 44, 135)<br><br>Investor Call Transcript |

| Exhibit | Document Description | Bases for Consideration[1] |
|---|---|---|
| V | CrowdStrike Holdings, Inc., Fal.Con 2022 Investor Briefing, Slide Deck (Sept. 20, 2022) | Incorporated by Reference (Compl. ¶¶3, 28, 46, 99, 120-121; nn.9, 44, 135)<br><br>Investor Call Presentation |
| W | CrowdStrike Holdings, Inc., Website: "The Federal Risk and Authorization Management Program (FEDRAMP) FAQ," https://www.crowdstrike.com/en-us/solutions/government-public-sector/federal-risk-and-authorization-management-program-fedramp-faq/#accordionfaq-en-us-03-06-2025-item-6 | Incorporated by Reference (Compl. ¶¶5, 52, 143-144; n.55)<br>Defendant Company's Website |
| X | CrowdStrike Holdings, Inc., "CrowdStrike Solutions for Federal Agencies: Move forward with endpoint protection, Zero Trust and threat intelligence" | Incorporated by Reference (Compl. ¶¶141-142; n.181) |
| Y | NIST U.S. Department of Commerce, "Security and Privacy Controls for Federal Information Systems and Organizations" (Sept. 23, 2021) | Incorporated by Reference (Compl. ¶¶37, 40, 106, 142; nn.29, 156)<br>Government Report |
| Z | FedRAMP Website: "CrowdStrike Falcon Platform for Government," https://marketplace.fedramp.gov/products/FR1807853629A | Government Website<br>Not Addressed in Opposition |
| AA | Q1 2025 CrowdStrike Holdings, Inc. Earnings Call, Transcript (June 4, 2024) | Incorporated by Reference[2]<br><br>Earnings Call Transcript |
| BB | Semafor Article: "CrowdStrike ex-employees: 'Quality control was not part of our process'" (Sept. 12, 2024), https://www.semafor.com/article/09/12/2024/ex-crowdstrike-employees-detail-rising-technical-errors-before-july-outage | Incorporated by Reference (Compl. ¶¶75, 110; nn.81-88, 157)<br><br>Not Addressed in Opposition |

---

[2] Although Exhibit AA is not explicitly identified in the Complaint, plaintiff admits that Exhibit AA "can be 'incorporated by reference'" for the purpose of "determining whether defendants made the statements contained therein." (ECF No. 49 at 12 & n.2.)