**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| *IN RE CROWDSTRIKE HOLDINGS, INC.* *SECURITIES LITIGATION* | Case No. 1:24-cv-00857-RP **CLASS ACTION** |

**LEAD PLAINTIFF'S NOTICE OF INTENTION NOT TO AMEND CONSOLIDATED CLASS ACTION COMPLAINT**

Lead Plaintiff respectfully submits this notice to advise the Court that it does not intend to file a motion for leave to amend the Consolidated Class Action Complaint for Violations of the Federal Securities Laws.  We thank the Court for its attention to this matter.

Dated: January 26, 2026

Respectfully submitted,

*/s/ John Rizio-Hamilton*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Hannah Ross
John Rizio-Hamilton
Scott R. Foglietta
Thomas Sperber
Sarah Schmidt
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
johnr@blbglaw.com
scott.foglietta@blbglaw.com
thomas.sperber@blbglaw.com
sarah.schmidt@blbglaw.com

*-and-*

Jonathan D. Uslaner
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3481
jonathanu@blbglaw.com

*Lead Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund*

**MARTIN & DROUGHT, P.C.**
Gerald T. Drought
State Bar No. 06134800
Federal Bar No. 8942
Frank B. Burney

1

State Bar No. 03438100
Weston Centre
112 E. Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
gdrought@mtdlaw.com
fburney@mtdlaw.com

*Liaison Counsel for Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, a true and correct copy of the foregoing document was served via the Court's electronic CM/ECF filing system, which will send an electronic notification of such filing to all counsel of record.

*/s/John Rizio-Hamilton*
John Rizio-Hamilton