IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE CROWDSTRIKE HOLDINGS, INC. SECURITIES LITIGATION | § § § § § § § § § § § § § | 1:24-CV-857-RP |

## FINAL JUDGMENT

On January 12, 2026, the Court entered an order granting Defendants' Motion to Dismiss and dismissing Plaintiff's claims without prejudice. (Order, Dkt. 57). The Court further ordered that Plaintiff may file a motion for leave to file an amended complaint on or before January 26, 2026. (*Id.* at 49). On January 26, 2026, Plaintiff notified the Court that it does not intend to file a motion for leave to amend. (Notice, Dkt. 58). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 28, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE